**United States Bankruptcy Court**
**District of North Dakota**

In re North Dakota Dialysis, LLC — Debtor(s)

Case No. 26-30889
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 10/30/2026

*Dr. Khaled Rabadi*
Dr. Khaled Rabadi/Owner
Signer/Title

Daniel Hodgson
14339 98th St NE
Cavalier, ND 58220

Daniel Mulroy
13 Desiree Dr.
Grand Forks, ND 58201

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Office of State Tax Commissioner
600 E. Boulevard Ave. Dept. 127
Bismarck, ND 58505-0599

Robert and Michael Hjeldness
c/o BDH, Inc. 2036 9th St SE
East Grand Forks, MN 56721